**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

VAUGHN WILLIAM HINMAN,

      Plaintiff,

v.                                       No. CV 20-286 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO REMAND
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g)**

    **THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's

*Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to*

*Sentence Four of 42 U.S.C. § 405(G)* (the "Motion"), (Doc. 21), filed May 21, 2021. The

Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-

taken and shall be **GRANTED**.

    The Court hereby **REVERSES** the Commissioner's decision in this matter under

sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for

further administrative proceedings and to obtain additional evidence as needed.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE