IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VAUGHN WILLIAM HINMAN,

    Plaintiff,

v.                                                              No. CV 20-286 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Unopposed Motion to Remand Under Sentence Four of 42 U.S.C. § 405(g)*, (Doc. 22), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Defendant's *Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(G)*, (Doc. 21), shall be **GRANTED.** This case is remanded to the Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE